FILED
2010 FEB 10 PM 2: 17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Clinton Rooney (SBN 221628)
rooneycdi@gmail.com
Rooney & Lickel
1102 Cesar Chavez Parkway
San Diego, CA 92113
Phone: (619) 573-9547

Patric A. Lester (SBN 220092)
pl@lesterlaw.com
5694 Mission Center Road, #358
San Diego, CA 92108
Phone: (314) 231-5900
Fax: (314) 241-5777

Attorneys for Plaintiff Arminda O. Alaan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMINDA O. ALAAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE LLC<br><br>    Defendant. | Case No.: **'10 CV 0328 WQH BLM**<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff, ARMINDA O. ALAAN, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or her attorneys (which are alleged on personal information) hereby makes the following allegations:

## INTRODUCTION

1. This is an action for actual damages, statutory damages, attorney fees and costs brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

///

///

## JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

3. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq. ("FDCPA") and of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civil Code §§ 1788 et. seq.

## VENUE

4. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendants transact business in this judicial district and the violations of the FDCPA and RFDCPA complained of occurred in this judicial district.

## PARTIES

5. Plaintiff, ARMINDA O. ALAAN (hereinafter "Plaintiff"), is a natural person residing in San Diego County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h). At all relevant times, Plaintiff has resided in San Diego County, California.

6. Defendant, ASSET ACCEPTANCE, LLC (hereinafter "ASSET"), is a Delaware limited liability corporation engaged in the business of collecting debts in this state with its principal place of business located at: 28405 Van Dyke Avenue, Warren, Michigan, 48093. ASSET may be served as follows: Asset Acceptance, LLC, c/o CT Corporations Systems, 818 West Seventh Street, Los Angeles, California, 90017. The principal business of ASSET is the collection of debts using the mails and telephone, and PALIDADES regularly attempts to collect debts alleged to be due another. ASSET is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

///

///

## FACTUAL ALLEGATIONS

7. Plaintiff is informed and believes, and thereon alleges that on or about November 1999, Plaintiff incurred a financial obligation to Citibank (hereinafter "the debt"). The debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

8. Thereafter, Plaintiff was unable to make payments on the debt, and defaulted. The last payment Plaintiff made on the debt to Citibank that was accepted was on prior to February 18, 2005.

9. On February 19, 2009, Defendant, ASSET, filed a lawsuit against Plaintiff in the Superior Court of California, County of San Diego, entitled Asset Acceptance, LLC. v. Arminda O. Alaan., Case No. 37-2009-00064733-CL-CL-EC (hereinafter the "Asset v. Alaan complaint"), which sought to collect $3,991.42 plus pre-judgment interest according to proof and attorney fees according to proof.

10. A true and accurate copy of the Asset v. Alaan complaint is attached hereto, marked Exhibit "A," and by this reference is incorporated herein.

11. Plaintiff is informed and believes, and thereon alleges that ASSET states in the Asset v. Alaan complaint that it is the "Assignee of Citibank". However, ASSET provided no admissible evidence of the chain of title from Citibank with the Asset v. Alaan complaint (Exhibit "A").

12. Plaintiff is informed and believes, and thereon alleges that ASSET brought suit against Plaintiff outside of the applicable 4-year statute of limitations found in **California Code of Civil Procedure section 337**, as Plaintiff's last payment was over 4 years prior to the filing of the suit on February 19, 2009.

13. Plaintiff is informed and believes, and thereon alleges that ASSET stated in the Asset v. Alaan complaint (Exhibit "A") that it was collecting $3,991.42 as principal, however this is a misrepresentation of the principal, as the $3,991.42 figure includes fees, interest and other charges which are not part of the principal debt.

14. Plaintiff is informed and believes, and thereon alleges that the Asset v. Alaan complaint (Exhibit "A") misrepresents that the debt was assigned to ASSET.

15. Plaintiff is informed and believes, and thereon alleges that ASSET misrepresented the character, amount or legal status of the debt in the Asset v. Alaan complaint (Exhibit "A").

## CAUSES OF ACTION
## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. § 1692, *et. seq*

16. Plaintiff brings the first claim for relief against ASSET under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et. seq.*

17. Plaintiff repeats, re-alleges, and incorporates by reference paragraphs 1 through 15 above.

18. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

19. Defendant, ASSET, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

20. The financial obligation owed to Citibank is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

21. ASSET has violated the FDCPA. The violations include, but are not limited to, the following:

   a. ASSET misrepresented that it was lawfully entitled to collect the debt owed to Citibank, in violation of 15 U.S.C. §§ 1692e, 1692e(2)(A), and 1692e(10);

   b. ASSET filed a lawsuit against Plaintiff despite the fact that the applicable statute of limitations had run, in violation of 15 U.S.C. §§ 1692e, 1692e2(A), 1692e(5), 1692e(10), and 1692f(1); and

   c. ASSET stated that the amount due consisted only of principle when it actually consisted of interest, fees and other charges, thereby misrepresenting the character, amount or legal status of the debt, in violation of 15 U.S.C. §§ 1692e, 1692e(2)(A) and 1692e(10).

22. ASSET' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the debt.

23. As a result of ASSET' violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorney fees, pursuant to 15 U.S.C. § 1692k.

## COUNT II
## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
### California Civil Code §§ 1788-1788.33

24. Plaintiff brings the second claim from relief against ASSET under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

25. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 24 above.

26. Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

27. Defendant, ASSET, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

28. The financial obligation owed to the original creditor is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

29. ASSET has violated the RFDCPA. The violations include, but are not limited to, the following:

   a. ASSET misrepresented that it was lawfully entitled to collect the debt owed to Citibank, in violation of 15 U.S.C. §§ 1692e, 1692e(2)(A), and 1692e(10) as incorporated by Cal. Civil Code § 1788.17; and Cal. Civil Code § 1788.13(l);

   b. ASSET filed a lawsuit against Plaintiff despite the fact that the applicable statute of limitations had run, in violation of 15 U.S.C. §§ 1692e, 1692e2(A), 1692e(5), 1692e(10), and 1692f(1) as incorporated by Cal. Civil Code § 1788.17; and

   c. ASSET stated that the amount due consisted only of principle when it actually consisted of interest, fees and other charges, thereby misrepresenting the character, amount or legal status of the debt, in violation of 15 U.S.C. §§ 1692e, 1692e(2)(A) and 1692e(10) as incorporated by Cal. Civil Code § 1788.17.

30. ASSET' acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the debt, within the meaning of Cal. Civil Code § 1788.30(b).

31. As a result of ASSET' willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

32. As a result of ASSET' violations of the FDCPA, Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17.

33. As a result of ASSET' violations of the RFDCPA, Plaintiff is entitled to an award of her reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and 15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

34. Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that Plaintiff may have under any other provision of law.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays judgment be entered against Defendant, and Plaintiff be awarded damages from Defendant, as follows:

### COUNT I
### FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. § 1692, *et. Seq*

35. Declare that ASSET violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e, 1692e(2)(A), 1692e(5), 1692e(10), and 1692f(1);

36. An award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1), in an amount to be adduced at trial;

37. An award of statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

38. An award of the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3);

### COUNT II
### ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT
### California Civil Code §§ 1788-1788.33

39. Declare that ASSET violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code §§ 1788.13(1) and 1788.17;

///

6
COMPLAINT

40. An award of actual damages pursuant to Cal. Civil Code § 1788.30(a) in an amount to be adduced at trial;

41. An award of a statutory penalty of $1,000 pursuant to Cal. Civil Code § 1788.30(b);

42. An award the costs of this action and reasonable attorneys fees pursuant to Cal. Civil Code §1788.30(c);

43. Such other and further relief as may be just and proper.

## TRIAL BY JURY

44. Pursuant to the seventh amendment to the Constitution of the United States of America, Plaintiff is entitled to, and demands, a trial by jury.

2-10-2010
Dated

Rooney and Lickel
by _____
Clinton Rooney
Attorneys for Plaintiff, Arminda O. Alaan

2/10/10
Dated

Lester & Associates
_____
Patric A. Lester
Attorney for Plaintiff, Arminda O. Alaan

# EXHIBIT A

09-00087

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ARMINDA O ALAAN

DOES 1 TO 10, Inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ASSET ACCEPTANCE LLC

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda [...] (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la c[...]*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

37-2009-00064733-CL-CL-EC

SUPERIOR COURT OF CALIF., COUNTY OF SAN DIEGO
East County Regional Center
Superior Court of San Diego
250 E. Main St.
El Cajon, CA 92020

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
THOMAS M. RAY, SBN: 142158                    Telephone No.: (415) 764-1400
PECK & RAY                                     Facsimile No.: (415) 546-4163
1841 Market Street
San Francisco, CA 94103

DATE:                                Clerk, by _____, Deputy
*(Fecha)*                            *(Secretario)*                       *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

[COPY stamp]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other:

4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use                                          Page 1 of 1
Judicial Council of California              **SUMMONS**             Code of Civil Procedure §§ 412.20, 465
SUM-100 [Rev. January 1, 2004]

EXHIBIT A

09-00087

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> THOMAS M. RAY, SBN:142156 <br> PECK & RAY <br> 1841 Market Street <br> San Francisco, CA 94103     TELEPHONE NO.: (415) 764-1400 <br>                        FAX NO. *(Optional)*: (415)546-4181 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff    File No.: 08-02350-0 | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
    STREET ADDRESS: Superior Court of San Diego
    MAILING ADDRESS: 250 E. Main St.
    CITY AND ZIP CODE: El Cajon, CA 92020
    BRANCH NAME: East County Regional Center

PLAINTIFF: ASSET ACCEPTANCE LLC

DEFENDANT: ARMINDA O ALAAN

☒ DOES 1 TO 10, Inclusive.

**CONTRACT**

☒ COMPLAINT     ☐ AMENDED COMPLAINT *(Number)*:

☐ CROSS-COMPLAINT     ☐ AMENDED CROSS-COMPLAINT *(Number)*:

Jurisdiction *(check all that apply)*:
    ACTION IS A LIMITED CIVIL CASE
    Amount demanded   ☒ does not exceed $10,000
                             ☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or c
      ☐ from limited to unlimited
      ☐ from unlimited to limited

37-2009-00064733-CL-CL-EC

1. Plaintiff* *(name or names)*: ASSET ACCEPTANCE LLC

   alleges causes of action against defendant* *(name or names)*: ARMINDA O ALAAN, and DOES 1 TO 10, Inclusive.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. a. Each plaintiff named above is a competent adult
      ☒ except plaintiff *(name)*: ASSET ACCEPTANCE LLC
        (1) ☐ a corporation qualified to do business in California
        (2) ☐ an unincorporated entity *(describe)*:
        (3) ☒ other *(specify)*: A Delaware limited liability Company qualified to do business in California.
   b. ☐ Plaintiff *(name)*:
        a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

        b. ☐ has complied with all licensing requirements as a licensed *(specify)*:
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      ☐ except defendant *(name)*:                          ☐ except defendant *(name)*:

        (1) ☐ a business organization, form unknown       (1) ☐ a business organization, form unknown
        (2) ☐ a corporation                                  (2) ☐ a corporation
        (3) ☐ an unincorporated entity *(describe)*:            (3) ☐ an unincorporated entity *(describe)*:

        (4) ☐ a public entity *(describe)*:                        (4) ☐ a public entity *(describe)*:

        (5) ☐ other *(specify)*:                                  (5) ☐ other *(specify)*:

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT - Contract**

☐ COPY

Code of Civ. Proc., § 425.12
08-02350-0

09-00087

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Asset Acceptance LLC v. Alaan | |

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☒ Doe defendants (specify Doe numbers): 1-10 are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*:

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☒ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify)*:

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   ☐ Breach of Contract
   ☒ Common Counts
   ☐ Other *(specify)*:

9. ☒ Other allegations:
   This action is subject to the provisions of subdivision (b) of Section 395 of the Code of Civil Procedure because it arises from provisions of goods, services, loans, or extensions of credit intended primarily for personal, family or household use, other than obligations described in Section 1812.10 or Section 2984.4 of the California Civil Code.

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of $ 3,991.43
    b. ☒ interest on the damages
       (1) ☐ according to proof
       (2) ☒ at the rate of *(specify)*: 24.000 percent per year from *(date)*: 03/08/05
    c. ☒ attorney's fees
       (1) ☐ of: $
       (2) ☒ according to proof.
    d. ☐ other *(specify)*:

11. ☐ The paragraphs of this pleading are alleged on information and belief as follows *(specify paragraph numbers)*:

Date: January 30, 2009

**Original Bears Signature**

_____
THOMAS M. RAY
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]    **COMPLAINT - Contract**    Page 2 of 2

09-00087

PLD-C-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Asset Acceptance LLC v. Alaan | |

FIRST **CAUSE OF ACTION**— Common Counts
_(number)_

ATTACHMENT TO  ☒ Complaint  ☐ Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

CC-1. Plaintiff _(name)_: ASSET ACCEPTANCE LLC

alleges that defendant _(name)_: ARMIDPA O ALAAN,   and DOES 1 TO 10, Inclusive.

became indebted to ☐ plaintiff  ☒ other _(name)_: CITIBANK, plaintiff's predecessor in interest, on the account now owned by plaintiff.
  a. ☒ within the last four years
      (1) ☒ on an open book account for money due.
      (2) ☒ because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

  b. ☒ within the last ☐ two years ☒ four years
      (1) ☐ for money had and received by defendant for the use and benefit of plaintiff.
      (2) ☐ for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
          ☐ the sum of $
          ☐ the reasonable value.
      (3) ☒ for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
          ☒ the sum of $3,991.42
          ☐ the reasonable value.
      (4) ☒ for money lent by plaintiff to defendant at defendant's request.
      (5) ☐ for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
      (6) ☒ other _(specify)_:
Defendant(s) used a CITIBANK account with account number 5424180293657646, for which defendant(s) promised to pay plaintiff's predecessor in interest.  The defendant's(s') account was purchased by plaintiff from plaintiff's predecessor in interest.  Plaintiff is now the owner of defendant's(s') account and has all rights of the original creditor.

CC-2. $_____, which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest ☐ according to proof ☐ at the rate of _____ percent per year from _(date)_:

CC-3. ☒ Plaintiff is entitled to attorney fees by an agreement or a statute
        ☐ of $
        ☒ according to proof.

CC.4. ☒ Other:
$3,991.42, which is the fixed and agreed upon amount remaining unpaid despite plaintiff's demand, plus prejudgment interest at the rate of 24.000 percent per year from 07/08/06 pursuant to the terms of the contract between CITIBANK and defendant(s) herein.

Page ___3

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION** Common Counts

08-02350-0
Code of Civil Procedure, § 425.12

09-00087

1  THOMAS M. RAY, SBN: 142156
   PECK & RAY
2  1841 Market Street
   San Francisco, CA 94103
3  Telephone No.: (415) 764-1400
   Facsimile No.: (415) 546-4181
4  Our File No.: 08-02350-0

5  Attorneys for Plaintiff,
   Asset Acceptance Llc

6

7

8                  IN THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

9                  East County Region

10 ASSET ACCEPTANCE LLC                         37-2009-00064733-CL-CL-EC

11         Plaintiff,                           DECLARATION PURSUANT TO CCP § 395(b)
                                                VENUE FOR PERSONAL, FAMILY
12 vs.                                          OR HOUSEHOLD OBLIGATIONS

13 ARMINDA O ALAAN, et al.,

14         Defendant(s).

15     I, the undersigned, declare as follows:

16     1.    This is an obligation of the defendant(s) for goods, services, loan or extension of credit

17 intended primarily for personal, family or household use.

18     2.    This is the county:

19     ___ In which the defendant(s) resided at the time the contract was entered into;

20     ___ In which the defendant in fact signed the contract;

21     XXX In which the defendant(s) resided at the commencement of the aforementioned

22         action.

23     I declare under penalty of perjury that the foregoing is true and correct.

24 Executed on January 30, 2009, at San Francisco, California.
                                                       Original Bears Signature
25

26                                                     _____
                                                       THOMAS M. RAY
27                                                     Attorney for Plaintiff

28

DECLARATION PURSUANT TO CCP § 395(b) VENUE FOR PERSONAL, FAMILY OR HOUSEHOLD OBLIGATIONS

09-00087

1  THOMAS M. RAY, SBN: 142156
   PECK & RAY
2  1841 Market Street
   San Francisco, CA 94103
3  Telephone No.: (415) 764-1400
   Facsimile No.: (415) 546-4181
4  Our File: 08-02350-0

5  Attorneys for Plaintiff
   Asset Acceptance Llc

6
                    SUPERIOR COURT OF CALIFORNIA,
7
                          COUNTY OF SAN DIEGO
8
                                                37-2009-00064733-CL-CL-EC
9  ASSET ACCEPTANCE LLC,

10         Plaintiff,                    DECLARATION REGARDING
                                         FILING FEE PURSUANT TO BUSINESS
11  vs.                                  AND PROFESSIONS CODE § 6322.1.C

12  ARMINDA O ALAAN, et al.,

13         Defendant(s).

14

15  _____

16
         I declare, under penalty of perjury that the case filed qualifies for the reduction in fees to the
17
   January 1, 1990 level because the claim of money damages will not exceed the monetary
18
   jurisdiction of small claims Court and is being filed by an assignee of the claim.
19

20

21

22

23
   Dated:   January 30, 2009.              PECK & RAY
24                                         Original Bears Signature
25
                                           _____
26                                         THOMAS M. RAY
                                           Attorney for Plaintiff
27

28


              DECLARATION PURSUANT TO B&P §6322.1.C
   CA Code 6322.1.C Declaration                              File No. 08-02350-0

03/18/2009 17:52 FAX 17602407033    GPS BUSINESS SVC    @008/008
Case 3:10-cv-00328-WQH-BLM   Document 1   Filed 02/10/10   PageID.15   Page 15 of 17

09-00087

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 250 East Main Street |
| MAILING ADDRESS: | 250 East Main Street |
| CITY AND ZIP CODE: | El Cajon, CA 92020 |
| BRANCH NAME: | East County |
| TELEPHONE NUMBER: | (619) 456-4021 |

| PLAINTIFF(S): | Asset Acceptance LLC |
|---|---|
| DEFENDANT(S): | Arminda O Alaan |

ASSET ACCEPTANCE LLC VS. ALAAN

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2009-00064733-CL-CL-EC |
|---|---|

Judge:                                              Department: E-21

**COMPLAINT FILED:** 02/19/2009

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT). ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to limited civil collections cases and must be adhered to unless you have requested and been granted an extension of time.

<u>COLLECTION CASES FILED UNDER CRC 3.740:</u>

**SERVICE OF COMPLAINT:** These cases are exempt from the 60-day time for service requirements and case management rules which apply to all general civil cases, unless a defendant files a responsive pleading. If a CERTIFICATE OF SERVICE (SDSC CIV-345 which is a mandatory form that may not be substituted by the filing of any other document) is not filed or plaintiff has not obtained an order for publication of the summons within 180 days after the filing of the complaint, the Court may issue an Order to Show Cause why reasonable monetary sanctions should not be imposed. If CERTIFICATE OF SERVICE is filed or an order for publication of the summons is filed at least 10 court days before the Order to Show Cause hearing, the Court will continue the hearing to 360 days after the filing of the Complaint.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint.

**CASE MANAGEMENT CONFERENCE:** A Case Management Conference will be set within 150 days of the complaint if an answer has been filed.

**DEFAULT JUDGMENT:** If proofs of service of the complaint are filed or service by publication is made and defendants do not file responsive pleadings, the plaintiff must obtain a default judgment within 360 days after the filing of the complaint. If the plaintiff has not obtained a default judgment by that time, the Court will issue an Order to Show Cause why reasonable monetary sanctions should not be imposed. The Order to Show Cause will be vacated if the plaintiff obtains a Default Judgment at least 10 court days before the Order to Show Cause hearing.

**NOTICE OF SETTLEMENT:** If a plaintiff in a collections case files a notice of settlement, all hearing dates will be vacated.

<u>OTHER COLLECTION CASES NOT APPLICABLE UNDER CRC 3.740:</u>

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ARMINDA O. ALAAN

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Patric Lester 5694 Mission Center Rd #358
San Diego, CA 92108 (314) 231-5900

## DEFENDANTS
Asset Acceptance LLC

2010 FEB 10 PM 2:15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
'10 CV 0328 WQH    BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692 et seq
Brief description of cause: Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 2/10/10
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 10073  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

MB 02-10-10

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS010073
Cashier ID: mbain
Transaction Date: 02/10/2010
Payer Name: PATRIC LESTER
--------------------------------
CIVIL FILING FEE
 For: ALAAN V ASSET ACCEPTANCE
 Case/Party: D-CAS-3-10-CV-000328-001
 Amount:         $350.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```