# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ARMINDA O. ALAAN, | CASE NO. 10cv328-WQH-BLM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ASSET ACCEPTANCE LLC, | |
| Defendant. | |

HAYES, Judge:

On November 22, 2011, the Court held a pretrial conference in this case.

IT IS HEREBY ORDERED:

1. A bench trial in this matter is set for **April 24, 2012,** at **9:00 A.M.** in **Courtroom 4**. At trial, each party shall have a total of seven (7) hours to present its case.

2. The briefing schedule for the parties' motions in limine is as follows: the parties shall file and serve their moving papers on or before **February 28, 2012,** and file and serve their oppositions on or before **March 13, 2012**. The Court will hear oral argument on the motions in limine on **March 27, 2012, at 1 P.M.** in Courtroom 4.

3. The parties shall file and serve trial briefs on or before **February 28, 2012.** The trial briefs shall summarize the parties' theories of the case, the applicable standards of law, and what they expect the evidence to show.

 4. On or before **February 28, 2012**, each party shall file a signed "stipulation to a nonjury trial" pursuant to Fed. R. Civ. P. 39(a)(1), which withdraws any demand for jury trial pursuant to Fed. R. Civ. P. 38(d).

 5. The parties shall notify the law clerk at least **seven (7) days** prior to the date of any hearing or trial if they intend to use any special equipment, such as video projectors, slide projectors, or tape recorders. The parties shall prepare and e-mail to the Court a proposed order listing all such equipment and the dates that such equipment will be brought into the Courtroom. The parties must bring a copy of the signed order allowing extra equipment to present to Court security on the day of the hearing/trial. Without a copy of the signed order, counsel will not be allowed to enter the Courthouse with the equipment.

 6. On or before **April 17, 2012,** the parties shall provide the Court with **two** copies of each exhibit, with each set of exhibits in a separate binder with tabs. The parties shall maintain the original exhibits. On the first day of trial, each party shall provide the Courtroom Deputy with **two** copies of its witness and exhibit lists in the form specified in Civil Local Rule 16.1(f)(2)(c) and (d).

 7. Counsel shall appear for a **Final Pretrial Conference** on **March 27, 2012,** at **1 P.M.** in **Courtroom 4**.

 8. On or before **February 28, 2012**, the parties shall file and e-mail to the Court a new, signed Joint Proposed Pretrial Order which includes the following language in Section XIII: "*Each side shall have a total of seven hours to present its case.*"

DATED: November 29, 2011

             *William Q. Hayes*
             **WILLIAM Q. HAYES**
             United States District Judge